IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-704 RJC-DSC

| | |
|---|---|
| CURTIS STEELE and YOLANDA HARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE HOME LOANS, LLC; HSBC FINANCE CORPORATION; JPMORGAN CHASE BANK, NA AND US BANK TRUST, NA AS TRUSTEE FOR SECURITIZED TRUST HSBC HOME EQUITY LOAN TRUST 2005-1; HSBC FINANCE CORPORATION; HSBC HOME EQUITY LOAN CORPORATION I; HSBC FINANCE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, AKA "MERS" AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on pro se Plaintiffs' "Motion for Extend [sic] Time" (document #23). To the extent that Plaintiffs seek an extension of time to respond to Defendants' Motions to Dismiss, the Motion is granted. To the extent that Plaintiffs seek sanctions or other relief, the Motion is denied.

Plaintiffs shall file their response to Defendants' "Motions to Dismiss" (documents ##15 and 20) on or before February 28, 2014.

~#4818-7347-4839 v.1 - 23282/01671~

The Clerk is directed to send copies of this Order to the pro se Plaintiffs; to defense counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 27, 2014

David S. Cayer
United States Magistrate Judge

~#4818-7347-4839 v.1 - 23282/01671~