# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Yolanda Harrington<br>Curtis Steele**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00704-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| US Bank Trust, N.A. as Trustee<br>Capital One Home Loans, LLC<br>HSBC Home Equity Loan Corporation I<br>HSBC Finance Corporation<br>Mortgage Electronic Registration System, Inc.<br>JP Morgan Chase Bank, N.A.**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2014 Order.

July 30, 2014

Frank G. Johns, Clerk
United States District Court